# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED U.S. DISTRICT COURT BRUNSWICK DIV. 2018 FEB 12 AM 10: 28 CLERK___ SO. DIST. OF GA

| | |
|---|---|
| BASSIROU MBACKE NDIAYE, | |
| Petitioner, | CIVIL ACTION NO.: 5:17-cv-104 |
| v. | |
| PATRICK GARTLAND, | |
| Respondent. | |

### ORDER

Presently before the Court is the Magistrate Judge's January 17, 2018, Report and Recommendation, dkt. no. 14, to which Petitioner Bassirou Mbacke Ndiaye ("Ndiaye") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES without prejudice** Ndiaye's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, dkt. no. 1, and **DENIES** Ndiaye leave to appeal *in forma pauperis*.

AO 72A
(Rev. 8/82)

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 12 day of February, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA